UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:16-cv-03676 |
|---|---|---|---|

| Waste Management, Inc., et ano. |
|---|

| *versus* |
|---|

| AIG SPECIALTY INSURANCE COMPANY, at ano. |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Roger E. Warin<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 429-6280<br>rwarin@steptoe.com<br>D.C. Bar No. 90241<br>D.D.C. Bar No 90241 |
|---|---|

| Name of party applicant seeks to appear for: | AIG Specialty Insurance Company and AIG Claims, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: March 27, 2017 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
                              United States District Judge