IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WASTE MANAGEMENT, INC. and<br>WASTE MANAGEMENT HAWAII, INC.,<br>    Plaintiffs,<br><br>v.<br><br>AIG SPECIALTY INSURANCE<br>COMPANY f/k/a CHARTIS SPECIALTY<br>INSURANCE COMPANY and<br>AIG CLAIMS, INC. f/k/a CHARTIS<br>CLAIMS, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 4:16-CV-03676 |

**PLAINTIFFS' NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE:

Notice is hereby made that, on this day, Plaintiffs, Waste Management, Inc. and Waste Management Hawaii, Inc., served their Rule 26 Initial Disclosures on all parties pursuant to Federal Rules of Civil Procedure 26(a).

Respectfully submitted,

**PERDUE & KIDD**

By:    /s/ *Donald H. Kidd*
Donald H. Kidd
State Bar No. 11383100
Southern District of Texas No. 15875
dkidd@perdueandkidd.com
777 Post Oak Blvd., Suite 450
Houston, Texas 77056
Tel:    (713) 520-2500
Fax:    (713) 520-2525

and

Joseph P. Thacker (Ohio No. 0013039)

THACKER ROBINSON ZINZ LPA
1415 Panther Lane
Suite 138
Naples, Florida 34109
Tel: (239) 591-6685
Fax: (419) 931-6911
Email: jthacker@trzlaw.com

**COUNSEL FOR PLAINTIFFS WASTE MANAGEMENT, INC. AND WASTE MANAGEMENT HAWAII, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of this pleading was filed and delivered via the

Court's CM/ECF system on March 31, 2017, to the following:

Ellen Van Meir
Thomas S. Flynn
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Email: evanmeir@thompsoncoe.com
        tflynn@thompsoncoe.com

*/s/ Donald H. Kidd*
Donald H. Kidd